1  Joseph M. Quinn (SBN: 171898)
   Ariana Mohit, Esq. (SBN: 211407)
2  MEYERS, NAVE, RIBACK, SILVER & WILSON
   575 Market, Suite 2600
3  San Francisco, CA  94105
   Telephone: (415) 421-3711
4  Facsimile:  (415) 421-3767

5  Richard E. Nosky, Jr., City Attorney (SBN: 130726)
   OFFICE OF THE CITY ATTORNEY
6  425 N. El Dorado Street, 2nd Floor
   Stockton, CA  95202
7  Telephone: (209) 937-8333
   Facsimile: (209) 937-8898

8  Attorneys for Defendant
   CITY OF STOCKTON
9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12 | SAN JOAQUIN MOTEL AND HOTEL          ) Case No:  2:02-CV-00898 RRB GGH
   | PROPERTY OWNERS ASSOCIATION, et. al, )
13 |                                      ) **STIPULATION TO CONTINUE**
   |              Plaintiffs,             ) **HEARING ON CITY OF STOCKTON'S**
14 |                                      ) **SECOND MOTION FOR SUMMARY**
   | v.                                   ) **ADJUDICATION OF ISSUES**
15 |                                      )
   | CITY OF STOCKTON, a municipal        ) Date:   May 21, 2008
16 | corporation; and DOES 1-10, INCLUSIVE,) Time:   10:00 a.m.
   |                                      ) Dept.:  Courtroom 6
17 |              Defendant.              ) Judge:  Hon. Ralph R. Beistline
   |                                      )
18 |                                      )
   |                                      ) Complaint Filed:  April 24, 2002
19 |                                      ) Trial Date:  November 3, 2008
   |                                      )
20 |                                      )
   |                                      )
21 |_____)

22

---

Stipulation to Continue Hearing on C/Stockton's Second MSA of Issues [2:02-CV-00898 RRB GGH]

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the Court has continued the hearing on Defendant CITY OF STOCKTON'S ("Defendant") Second Motion for Summary Adjudication of Issues to May 7, 2008 at 10:00 a.m.; and

WHEREAS, lead counsel for Defendant, Joseph M. Quinn, is unavailable on that date; and

WHEREAS, the Court has graciously offered to reschedule the hearing to May 21st at 10:00 a.m.; and

WHEREAS, counsel for Plaintiffs SAN JOAQUIN MOTEL AND HOTEL PROPERTY OWNERS ASSOCIATION, et al. ("Plaintiffs") Frank A. Weiser, wishes to appear at the rescheduled hearing on Defendant's Second Motion for Summary Adjudication telephonically;

Plaintiffs and Defendant, by and through their respective counsel of record, hereby agree and stipulate as follows:

1. The hearing on Defendant's Second Motion for Summary Adjudication of Issues shall be continued from May 7th at 10:00 a.m. to May 21st at 10:00 a.m.; and

2. Plaintiffs' Opposition to Defendant's Second Motion for Summary Adjudication of Issues shall be filed and served no later than close of business on April 9, 2008;

3. Defendant's Reply to Plaintiffs' Opposition to Defendant's Second Motion for Summary Adjudication of Issues shall be filed and served no later than close of business on April 23, 2008; and

4. Plaintiffs' counsel, Frank A. Weiser, respectfully requests permission to appear telephonically at the May 21, 2008 hearing on Defendant's Second Motion for Summary Adjudication of Issues.

**SO STIPULATED:**

DATED: April___, 2008

By: _____
Frank A. Weiser, Esq.
ATTORNEY AT LAW

///

2

Stipulation to Continue Hearing on C/Stockton's Second MSA of Issues [2:02-CV-00898 RRB GGH]

PDF created with pdfFactory trial version www.pdffactory.com

DATED: April___, 2008                MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____
Ariana Mohit
Attorneys for Defendant
CITY OF STOCKTON

**ORDER**

1. The hearing on Defendant's Second Motion for Summary Adjudication of Issues shall be continued from May 7th at 10:00 a.m. to May 21st at 10:00 a.m.; and

2. Plaintiffs' Opposition to Defendant's Second Motion for Summary Adjudication of Issues shall be filed and served no later than close of business on April 9, 2008;

3. Defendant's Reply to Plaintiffs' Opposition to Defendant's Second Motion for Summary Adjudication of Issues shall be filed and served no later than close of business on April 23, 2008; and

4. Plaintiffs' counsel's request to appear telephonically at the May 21, 2008 hearing on Defendant's Second Motion for Summary Adjudication of Issues will be determined at a later date.

**IT IS SO ORDERED.**

DATED: April 15, 2008          /s/ Ralph R. Beistline_____
                               UNITED STATES DISTRICT JUDGE

1079599.2

Stipulation to Continue Hearing on C/Stockton's Second MSA of Issues [2:02-CV-00898 RRB GGH]

PDF created with pdfFactory trial version www.pdffactory.com