Joseph M. Quinn (SBN: 171898)
MEYERS, NAVE, RIBACK, SILVER & WILSON
575 Market, Suite 2600
San Francisco, CA 94105
Telephone: (415) 421-3711
Facsimile: (415) 421-3767

Richard E. Nosky, Jr., City Attorney (SBN: 130726)
OFFICE OF THE CITY ATTORNEY
425 N. El Dorado Street, 2nd Floor
Stockton, CA 95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendant
CITY OF STOCKTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN MOTEL AND HOTEL PROPERTY OWNERS ASSOCIATION, et. al,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON, a municipal corporation; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No: 2:02-CV-00898 RRB GGH<br><br>**STIPULATION AND ORDER CONTINUING PRETRIAL CONFERENCE**<br><br>Date:  September 19, 2008<br>Time:  10:00 a.m.<br>Dept.:  Courtroom 6<br>Judge:  Hon. John A. Mendez<br><br>Complaint Filed: April 24, 2002<br>Trial Date: November 3, 2008 |

**STIPULATION CONTINUING PRETRIAL CONFERENCE**

WHEREAS, counsel for Plaintiffs SAN JOAQUIN MOTEL AND HOTEL PROPERTY OWNERS ASSOCIATION, ARVIN PATEL, CHANDRAKANT N. PATEL, SAILESH PATEL, PARESH PATEL, ANIL PATEL, SHAIR AFZL, RANDALL SEGARINI, FRANCESCA SEGARINI, (Plaintiffs) Frank A. Weiser, request the Court to continue the pretrial conference scheduled on September 19, 2008 at 10:00 a.m. to October 3, 2008 at 11:00 a.m.; and

WHEREAS, counsel for Plaintiffs JAWAID AKTHAR, Max Steinheimer, William R. Warne, and Matthew Joseph Weber, request the Court to continue the pretrial conference scheduled on September 19, 2008 at 10:00 a.m. to October 3, 2008 at 11:00 a.m.; and

WHEREAS, counsel for Defendant, CITY OF STOCKTON, Joseph M. Quinn, request the Court to Continue the pretrial conference scheduled on September 19, 2008 at 10:00 a.m. to October 3, 2008 at 11:00 a.m.

Plaintiffs and Defendant, by and through their respective counsel of record, hereby agree and stipulate as follows:

1. The pretrial conference scheduled for September 19, 2008 at 10:00 a.m. shall be continued to October 3, 2008 at 11:00 a.m.

SO STIPULATED.

Dated:  September 8, 2008                    Respectfully submitted,

                                             MEYERS, NAVE, RIBACK, SILVER & WILSON


                                             By _____
                                                Joseph M. Quinn
                                                Attorney for Defendant
                                                CITY OF STOCKTON

1
STIPULATION CONTINUING PRETRIAL CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3           By _____
4              Frank A. Weiser
               Attorney for Plaintiffs
5              SAN JOAQUIN MOTEL AND HOTEL
               PROPERTY OWNERS ASSOCIATION, ARVIN
6              PATEL, CHANDRAKANT N. PATEL, SAILESH
               PATEL, PARESH PATEL, ANIL PATEL, SHAIR
7              AFZL, RANDALL SEGARINI, FRANCESCA
               SEGARINI
8
9
10
11          By _____
               M. Max Steinheimer
12             Attorney for Plaintiffs
               JAWAID AKTHAR
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    2
STIPULATION CONTINUING PRETRIAL CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER CONTINUING PRETRIAL CONFERENCE**

IT IS HEREBY ORDERED, pursuant to the STIPULATION, that the pretrial conference currently set for September 19, 2008 at 10:00 a.m. is continued October 3, 2008 at 11:00 a.m.

IT IS SO ORDERED.

Dated:  September 9, 2008

/s/ John A. Mendez

Honorable John A. Mendez
United States District Court Judge

1

[PROPOSED] ORDER CONTINUING PRETRIAL CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com